

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-19-00008-CV |
| IN THE INTEREST OF S.G., A CHILD | § | Appeal from the |
| | § | 322nd District Court |
| | § | of Tarrant County, Texas |
| | § | (TC# 322-521747-12) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   We further order that Appellee recover from Appellant and his sureties, if any, all costs incurred in this Court.   *See* TEX. R. APP. P. 43.5.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF JANUARY, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.